# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO. 3:12-CR-00359-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| REGINALD LASHAWN LOCKHART, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se letter filed February 26, 2013 requesting a status of counsel hearing and alleging ineffective assistance of counsel. The Court held a hearing in this matter on April 3, 2013.

During the course of the hearing, the Court heard from appointed counsel Erin Taylor, the Government and the Defendant. At defense counsel's request, part of the hearing was conducted ex parte. Ms. Taylor represented that she has good communication with the Defendant and is preparing for trial. Defendant is charged with felon in possession of a firearm in violation of Title 18 United States Code Section 922(g)(1). The Government and defense counsel agree that Defendant is subject to the provisions of Title 18 United States Code Section 924(e) as an armed career criminal. Ms. Taylor has unsuccessfully attempted to negotiate a more favorable plea offer that would remove Defendant from the reach of the armed career criminal provision. Defendant questions Ms. Taylor's projection of his guideline sentencing range. The Court advised him that his counsel is more knowledgeable than he is about the sentencing guidelines . The Court reviewed the process for the preparation of a presentence report and guideline calculation. The Court acknowledged that Defendant is in a difficult position. The Court also

told him that counsel must be candid with him and may be the bearer of bad news. Based upon the foregoing, the Court finds no basis to remove Ms. Taylor as appointed counsel.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 3, 2013

David S. Cayer
United States Magistrate Judge